Commonwealth *v.* Woodfolk, Appellant.

Submitted June 10, 1968. *John H. Woodfolk,* appellant, in propria persona; *Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Denny's Bar, Inc. Liquor License Case.

Argued June 11, 1968. *Barry Goldstein,* with him *Modell, Pincus, Hahn & Reich,* for appellant; *L. Langan,* Assistant Attorney General, with him *Franchot A. Golub,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.